James F. Lewin (SBN 140268)
Renee M. Parker (SBN 256851)
THE MORTGAGE FIRM, PLC
27455 Tierra Alta Way, Suite B
Temecula, California 92590
Telephone: (619) 465-8200
Facsimile:   (951) 225-4073
Renee.Parker@mtglawfirm.com
TMLF File No. 143383

Attorneys for Objecting Creditor, REAL TIME RESOLUTIONS, INC. as agent for RRA CP OPPORTUNITY TRUST 1

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>LAVONDA SUE ASCH,<br><br>                Debtor. | Case No.: 2:18-bk-21518-NB<br><br>Chapter: 13<br><br>**OBJECTION TO CONFIRMATION OF PLAN**<br><br>341(A) MEETING OF CREDITORS:<br>Date: December 7, 2018<br>Time: 9:00 AM<br><br>CONFIRMATION HEARING:<br>Date:  December 20, 2018<br>Time:   9:30 AM<br>Ctrm:   1545<br>Location: 255 E Temple Street<br>            Los Angeles, CA 90012 |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTOR, THE CHAPTER 13 TRUSTEE, THEIR COUNSEL OF RECORD, IF ANY, AND ALL OTHER INTERESTED PARTIES:**

Objecting Creditor, REAL TIME RESOLUTIONS, INC. as agent for RRA CP OPPORTUNITY TRUST 1 ("Secured Creditor") is the holder of a secured claim against certain

-1-
**OBJECTION TO CHAPTER 13 PLAN**

1 real property in which Debtor, LAVONDA SUE ASCH ("Debtor"), claims an ownership
2 interest. Secured Creditor hereby objects to the confirmation of Debtor's First Amended Chapter
3 13 Plan filed December 6, 2018 as Docket No. 17 ("Plan") as follows:

4 **I. STATEMENT OF FACTS**

5     On or about September 21, 2004, Debtor executed a "Home Equity Credit Line
6 Agreement and Disclosure Statement" Note ("Note") in favor of Countrywide Home Loans, Inc.
7 ("Lender") in the amount of $99,000.00 which was secured by a second position Mortgage
8 ("Mortgage") executed by Debtor as Lavonda S. Asch, a married woman whose husband is
9 David A, Asch, aka L. Susan Asch, which was recorded against the property located at and
10 commonly known as and located at 743 Sunglow Drive, Kenton, Kentucky 41017 ("Property")
11 in the Kenton County Recorder's Office on October 10, 2004 as Instrument No. 04 10 04 859
12 00017. True and correct copies of the Note and Mortgage are filed herein as Claim No. 2-1 on
13 the Claims Register (hereinafter the "RTR POC").

14     In or about June 25, 2014, Debtor defaulted under the terms of the Note and Mortgage by
15 failing to make the required mortgage payments due. Since that time, Debtor has remitted no
16 further payments to Secured Creditor. On the date of filing Debtor owed Secured Creditor pre-
17 petition arrears in the amount of $61,617.76 and a total claim of $134,956.56.

18     On or about October 1, 2018, Debtor caused a voluntary petition under Chapter 13 of the
19 Bankruptcy Code to be filed in the United States Bankruptcy Court for the Central District of
20 California, Los Angeles Division, as Case No. 2:18-bk-21518-NB (the "Bankruptcy Action").

21     Debtor does not provide for Secured Creditor's post-petition payments or pre-petition
22 arrears in the Plan. Page 2 of the Plan specifically states no valuation of property or lien
23 avoidances will be part of the Plan (Dkt. 2, ¶ 1.1), however Debtor then attempts to use the Plan
24 to avoid Secured Creditor's lien (Dkt. 2, §IV(D)).

25     Debtor states the value of the Property is $250,000.00 (Dkt. 1, Sched. A), and further
26 states the senior lienholder, Ditech Financial, LLC, was owed $274,136.21 (Dkt. 1, Sched. D).
27 Ditech has not filed a proof of claim as of the date of this objection.

28

## II. OBJECTIONS

1. Secured Creditor objects to the Plan to the extent it attempts to avoid or value Secured Creditor's second position lien. The first-position lienholder has not filed a Proof of Claim. It is unknown to what extent, if any, Debtor can avoid Secured Creditor's lien.

11 U.S.C. § 506(a) states that a lienholder who holds a security in a debtor's real property may not have their lien stripped to the extent the lien is secured. When read in conjunction with current case law, Respondent's lien can only be bifurcated and rendered partially (or wholly) unsecured to the extent there is no equity to support Respondent's lien. *See also*, *In re Schlegel*, 526 B.R. 333, 342 (B.A.P. 9th Cir. 2015).

Debtor provides no support for the value stated in Schedule A to show Secured Creditor's lien is wholly unsecured (Dkt. 1) (stating the Property has a current value of $250,000.00).

Secured Creditor obtained a Broker's Price Opinion ("BPO") showing the Property actually had a value of $305,000.00 to $310,000.00 on or around the date of filing. See **Exhibit "A"** hereto. Based on the information provided, this means Secured Creditor's lien cannot be avoided as the Plan proposes. Accordingly, confirmation of the Plan should be denied due to the improper treatment of Secured Creditor's lien.

2. Secured Creditor further objects to the Plan pursuant to 11 U.S.C. § 1325(a)(l), 1322(b)(3) and §1322(b)(5) as the Plan fails to provide for the curing of the default and/or the required maintenance payments on Secured Creditor's secured claim which final payment is due after the proposed final payment under the Plan. Debtor's Plan fails to provide for ongoing mortgage payments to Secured Creditor under its lien, and fails to properly address the pre-petition arrears owed to Secured Creditor. Further, as set forth herein, Debtor appears to be unable to avoid Secured Creditor's Mortgage in light of the equity existing in the Property which protects Secured Creditor. Secured Creditor has satisfied the grounds for objection under 11 U.S.C. § 1322(b)(5) as Debtor's proposed Plan fails to address Secured Creditor's arrears or post-petition maintenance payments.

3. Secured Creditor further objects to the Plan as it fails to satisfy the full value requirement of 11 U.S.C. §1325(a)(5)(B)(ii). The Plan fails to contain any arrears associated

with Secured Creditor's claim, when, in fact, $61,617.76 in pre-petition arrearages are due and owing under the Note and Mortgage. To cure only Secured Creditor's arrears *and* maintain post-petition payments, Debtor would be required increase his current Plan payment an additional $480.46 per month ($28,827.87 divided by 60 months = $480.46); a feat which is impossible under his current disposable income of $888.94 and his other obligations under the proposed Plan. See, Docket No. 1, Schedule J, Line 23c; Docket No. 2.

4. Under 11 U.S.C. § 1325(a)(5) the Court shall confirm a Plan only if as to each secured claim the claim holder accepts the Plan and the Plan provides for distribution to that creditor in an amount not less than the value of the allowed secured claim. The Plan does not provide for payment of Secured Creditor's claim, appears to improperly avoid the lien, and Secured Creditor does not accept the Plan. Therefore, the Plan should not be confirmed.

5. One of the requirements for confirmation of a Chapter 13 plan, referred to as the "feasibility requirement", is proof that the debtor will be "able to make all the payments under the plan and to comply with the plan." 11 U.S.C. Section 1325(a)(6). A review of the record herein shows that Debtor cannot satisfy his burden under 1325(a)(6) to confirm this or any other plan due to the following:

    a. Debtor claims to receive $7,000.00 in rental income (Dkt. 1, Sched. I, Ln. 8a), then admits the Property isn't even rented out, but states "rental income of property in Kentucky to start hopefully in October for about $2500" which means Debtor's gross monthly income should be reduced from $7,000.00 to $4,500.00 based on this admission.

    b. Debtor does not appear to withhold any state or federal income tax on the alleged rental income. *See*, Claim Nos. 3-1 and 4-1 on the Claims Register herein, having a total combined income tax claim of $73,155.78.

6. Secured Creditor reserves the right to raise further objections at the time of the confirmation hearing.

### III. CONCLUSION

WHEREFORE, Creditor prays as follows:

1. That confirmation of the proposed Plan be denied; and

2. That Debtor's case be dismissed with a 180 day bar against re-filing pursuant to 11 U.S.C. §109(g); or

3. That Debtor's case be dismissed under 11 U.S.C. § 1307(c)(1) due to Debtor's prejudicial delay to creditors in his inability to timely propose a confirmable plan under 11 U.S.C. § 1324(b); and

4. For award of fees and costs incurred herein; and

5. For such other and further relief as this Court deems proper.

Respectfully submitted,

DATED: December 7, 2018    THE MORTGAGE LAW FIRM, PLC

BY:  /s/ Renee M. Parker
Renee M. Parker, Esq.,
Attorneys for Secured Creditor, REAL TIME RESOLUTIONS, INC. as agent for RRA CP OPPORTUNITY TRUST 1

# EXHIBIT "A"



# Broker Price Opinion

☒ Exterior Inspection
☐ Interior Inspection

| Field | Value | Field | Value |
|---|---|---|---|
| Property Address: | 743 Sunglow Dr | Vendor ID: | |
| City, State, Zip: | Ft Mitchell, KY 41017 | Deal Name: | |
| Loan Number: | | Inspection Date: | 11/20/2018 |
| 2nd Loan / Client #: | | Subject APN: | 013-20-07-038.00 |

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Property Occupancy Status | Owner | Does the Property Appear Secure? | No | Est. Monthly Rent | $2,440 | Sold in the last 12 Months? | No |
| Currently Listed | No | Currently List Broker | | List Broker Contact # | | Initial List Price | | Initial List Date | | Current List Price | | DOM / CDOM | | Sale Price: | |
| Is the Subject Listing Currently Pending? | | Date of Contract | | CDOM to Contract | | Sale Date: | |

**Subject Property Comments / External Influences**
Subject is conforming to homes in its immediate area as they are similar in style, age, functional utility and value.

| | Subject | Sold Comp 1 | Sold Comp 2 | Sold Comp 3 | List Comp 1 | List Comp 2 | List Comp 3 |
|---|---|---|---|---|---|---|---|
| Address | 743 Sunglow Dr Ft Mitchell, KY 41017 | 665 Westerly Drive Crescent Springs, KY 41017 | 2578 Sierra Dr Villa Hills, KY 41017 | 2546 Buttermilk Pike Villa Hills, KY 41017 | 592 Rogers Road Villa Hills, KY 41017 | 2449 Cecelia Dr Villa Hills, KY 41017 | 2447 Amsterdam Road Villa Hills, KY 41017 |
| Proximity | | 0.38 Miles | 0.47 Miles | 0.23 Miles | 0.62 Miles | 0.63 Miles | 0.74 Miles |
| Sale/List Price | | $330,000 | $338,000 | $265,200 | $319,900 | $349,900 | $295,000 |
| Sale Date | | 5/9/2018 | 9/20/2018 | 10/4/2018 | pending | active | active |
| Price Per Sq.ft. | $114.32 | $139.01 | $121.45 | $151.11 | $121.31 | $140.52 | $184.61 |
| Initial List Price | | $345,000 | $339,900 | $280,000 | $352,500 | $359,900 | $305,000 |
| Initial List Date | | 3/14/2018 | 7/18/2018 | 6/11/2018 | 8/2/2018 | 10/16/2018 | 11/6/2018 |
| Current/Final List | | $340,000 | $339,900 | $280,000 | $319,900 | $349,900 | $295,000 |
| DOM/CDOM | | 56 / 56 | 64 / 64 | 115 / 115 | 69 / 69 | 35 / 35 | 14 / 14 |
| Sales Type | | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market | Fair Market |
| Finance Incentives | | Conventional | Conventional | Conventional | Conventional | Conventional | Conventional |
| Living Area | 2668 | 2374 | 2783 | 1755 | 2637 | 2490 | 1598 |
| #Rooms/Bed/Bath 1 | 7 / 4 / 2.5 | 10 / 4 / 3.5 | 10 / 4 / 2.5 | 8 / 4 / 3 | 11 / 4 / 2 | 10 / 4 / 3.5 | 6 / 3 / 1.5 |
| Year Built | 1997 | 2000 | 1986 | 1961 | 1986 | 1978 | 1956 |
| Bsmnt SF/% Finished | 2100 / 75 | 1500 / 100 | 1300 / 100 | 1200 / 100 | 1100 / 100 | 1300 / 100 | 915 / 100 |
| Lot Size | 0.33ac | 0.24ac | 0.25ac | 0.31ac | 0.34ac | 0.34ac | 0.29ac |
| Property Type | SF Detach | SF Detach | SF Detach | SF Detach | SF Detach | SF Detach | SF Detach |
| Style / Quality | Colonial / Q4 | Colonial / Q4 | Colonial / Q4 | Colonial / Q4 | Colonial / Q4 | Colonial / Q4 | Ranch / Q4 |
| # of Units | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Condition | C4 | C4 | C3 | C4 | C4 | C3 | C4 |
| Pool/Spa | None | No / No | No / No | No / No | No / No | No / No | No / No |
| View | Residential | Residential | Residential | Residential | Residential | Residential | Residential |
| Porch/Patio/Deck | No / No / No | No / No / No | No / No / No | No / No / No | No / No / No | No / No / No | No / No / No |
| Fireplace | No | No | No | No | No | No | No |
| Garage | 2 Attached | 2 Attached | 2 Attached | 2 Attached | 2 Attached | 2 Attached | 1 Attached |
| Other Features | None | None | None | None | None | None | None |
| HOA Fees | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo | 0/mo |
| Subdivision | Kenton | Kenton | Kenton | Kenton | Kenton | Kenton | Kenton |
| School District | Kenton | Kenton | Kenton | Kenton | Kenton | Kenton | Kenton |
| Common Amenities | | | | | | | |
| Data Source - ID | County Tax - | MLS - 513532 | MLS - 517975 | MLS - 516580 | MLS - 518557 | MLS - 520968 | MLS - 521613 |

| Market Time 90-120 days | As-Is Price Estimate | As-Repaired Price Estimate | Land Only Price |
|---|---|---|---|
| Anticipated Sale Price | $305,000 | $305,000 | $122,000 |
| Recommended List Price | $310,000 | $310,000 | |
| Recommended Sales Strategy: | ☒ As - Is | ☐ Repaired | |

Page 1 of 10



|   | Address | City | BR | BA | Lot Size | Sale/List Date | Year Built | Sale/List Price | Distance |
|---|---|---|---|---|---|---|---|---|---|
| • | 743 Sunglow Dr | Ft Mitchell | 4 | 2.5 | 0.33ac |  | 1997 |  |  |
| 1 | 665 Westerly Drive | Crescent Springs | 4 | 3.5 | 0.24ac | 5/9/2018 | 2000 | $330,000 | 0.38 Miles |
| 2 | 2578 Sierra Dr | Villa Hills | 4 | 2.5 | 0.25ac | 9/20/2018 | 1986 | $338,000 | 0.47 Miles |
| 3 | 2546 Buttermilk Pike | Villa Hills | 4 | 3 | 0.31ac | 10/4/2018 | 1961 | $265,200 | 0.23 Miles |
| 1 | 592 Rogers Road | Villa Hills | 4 | 2 | 0.34ac | 8/2/2018 | 1986 | $319,900 | 0.62 Miles |
| 2 | 2449 Cecelia Dr | Villa Hills | 4 | 3.5 | 0.34ac | 10/16/2018 | 1978 | $349,900 | 0.63 Miles |
| 3 | 2447 Amsterdam Road | Villa Hills | 3 | 1.5 | 0.29ac | 11/6/2018 | 1956 | $295,000 | 0.74 Miles |

**Neighborhood Data:**

Location Type: Suburban    Market Trend: Stable    Economic Trend: Stable    Neighborhood Trend: Stable

Housing Supply: Stable    Crime/Vandalism: Low Risk    REO Driven? No    Avg Age of Home: 60

Neighborhood Pride of Ownership: Average    Avg Marketing Time of Comparable Listings: Under 3 Mos.

Price Range: $270,000 to $390,000    Median Price: $330,000    Predominate Value: $330,000    Average DOM: 78

Number of units for rent:    Number of units in complex for sale:

Negative Neighborhood Factors that will detract from the subject:
None Noted

Neighborhood Comments:
The subject conforms to the neighborhood in terms of age, type, design and building materials used for construction. The neighborhood market trends a

**Marketability of Subject:**

Most Likely Buyer: Owner occupied    Types of Financing the Subject will NOT qualify for: None

Will this be a problem for resale? If yes, please explain:
None Noted

| Comparables: | |
|---|---|
| Sale 1 Comments | Adjustments = GLA = $2940, Baths = -$3000, Lot Size = $270, Total Adjustments = $210, Net Adjusted Value = $330210 The property is equal in GLA and bed count to the subject. |
| Sale 2 Comments | The property is superior in condition and equal in lot size to the subject.Adjustments = GLA = -$1150, Baths = $1000, Lot Size = $240, Condition = -$5000, Age = $550, Total Adjustments = -$4360, Net Adjusted Value = $333640 |
| Sale 3 Comments | Adjustments = GLA = $9130, Baths = -$2000, Lot Size = $60, Age = $1800, Total Adjustments = $8990, Net Adjusted Value = $274190 The property is equal in condition and inferior in GLA to the subject. |
| List 1 Comments | Adjustments = Baths = $1000, Lot Size = -$30, Age = $550, Total Adjustments = $1520, Net Adjusted Value = $321420 The property is equal in GLA and lot size to the subject. |
| List 2 Comments | The property is superior in condition and bath count to the subject. Adjustments = GLA = $1780, Baths = -$4000, Lot Size = -$30, Condition = -$5000, Age = $950, Total Adjustments = -$6300, Net Adjusted Value = $343600 |
| List 3 Comments | Adjustments = GLA = $10700, Bed = $4000, Baths = $3000, Garage = $3000, Lot Size = $120, Age = $2050, Total Adjustments = $22870, Net Adjusted Value = $317870 The property is inferior in GLA and style to the subject. |

**Comments:**

Service Provider Comments:

To locate the comparables in close proximity of subject ,it was necessary to exceed closed date ,lot size ,GLA beyond 30% ,age beyond 30 % ,and used two superior condition comparable in the report . Subject is located close to park and highway , with comparables located on the same side. The presence of park and highway will have no impact on subjects value and marketability.Our pricing suggestion came about from analyzing the most current comps which are located as close to subject as possible and are as close as feasible in square footage, rooms, style and acreage with subject propertyTo locate more proximate comps the limitations on acceptable price range were exceeded

Vendor Comments:

| | | | |
|---|---|---|---|
| Service Provider Signature | /s/ Brian Brockman | BPO Effective Date | 11/20/2018 |
| Service Provider Company | Bang Realty, Inc. | Service Provider Lic. Num. | 204982 |

**Repairs**

Recommended Repairs would bring the subject to: $305,000

| Internal Repairs | Comment | Total |
|---|---|---|
| Paint | | $0 |
| Walls/Ceiling | | $0 |
| Carpet/Floors | | $0 |
| Cabinets/Countertops | | $0 |
| Plumbing | | $0 |
| Electrical | | $0 |
| Heating/AC | | $0 |
| Appliances | | $0 |
| Doors/Trim | | $0 |
| Cleaning | | $0 |
| Other | | $0 |
| | Internal Repair Total: | |

| External Repairs | Comment | Total |
|---|---|---|
| Roof | | $0 |
| Siding/Trim | | $0 |
| Structural | | $0 |
| Windows/Doors | | $0 |
| Paint | | $0 |
| Foundation | | $0 |
| Garage | | $0 |
| Landscaping | | $0 |
| Fence | | $0 |
| Other | | $0 |
| | External Repair Total: | |
| | Repair Total: | |



Subject Front

**743 Sunglow Dr
Ft Mitchell, KY 41017**



Address



Side

 Side

 Street

 Street



View across street



**Comparable Sale #1**

665 Westerly Drive
Crescent Springs, KY 41017
Sale Date: 5/9/2018
Sale Price: $330,000



**Comparable Sale #2**

2578 Sierra Dr
Villa Hills, KY 41017
Sale Date: 9/20/2018
Sale Price: $338,000



**Comparable Sale #3**

2546 Buttermilk Pike
Villa Hills, KY 41017
Sale Date: 10/4/2018
Sale Price: $265,200



**Comparable Listing #1**

592 Rogers Road
Villa Hills, KY 41017
Current List: $319,900



**Comparable Listing #2**

2449 Cecelia Dr
Villa Hills, KY 41017
Current List: $349,900



**Comparable Listing #3**

2447 Amsterdam Road
Villa Hills, KY 41017
Current List: $295,000

Neither Xome Valuation Services LLC nor any of its affiliates, members, managers or contractors makes any representation or warranty as to the accuracy or completeness of the information contained in this broker price opinion. You should use good faith efforts in determining that the content of all information to be provided to or obtained by you is accurate. This analysis has been performed by a licensed real estate professional and is intended for the benefit of the addressee only. The Brokers Price Opinion is not to be construed as an appraisal and may not be used as such for any purpose. The purpose of this BPO is to provide an estimate of the probable sales price of the property, utilizing the sales comparison approach methodology and will not be used for loan origination. This opinion may not be used by any party as the primary basis to determine the value of a parcel of real property for a mortgage loan origination, including first and second mortgages, refinances or equity lines of credit. Notwithstanding any preprinted language to the contrary, this opinion is not an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed appraiser must be obtained.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

27455 Tierra Alta Way, Ste. B, Temecula, CA 92590

A true and correct copy of the foregoing document entitled (*specify*): OBJECTION TO CONFIRMATION OF PLAN
_____
_____
_____
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/07/2018, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Debtors' Counsel: Ali R Nader    ali@naderlawfirm.com, dairi@naderlawfirm.com;nate@naderlawfirm.com
- Chapter 13 Trustee: Kathy A Dockery (TR)    EFiling@LATrustee.com
- United States Trustee: United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 12/07/2018, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Judge: Hon. Neil W. Bason, 255 E. Temple Street, Suite 1552, Los Angeles, CA 90012
- Debtor(s): LaVonda Sue Asch, 4712 Admiralty Way #803, Marina Del Rey, CA 90292

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/07/2018 | Renee Parker | /s/ Renee Parker |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**